DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PIEA, LLC,**
Appellant,

v.

**NICHOLAS BYERS,**
Appellee.

No. 4D2023-1068

[January 18, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Mollica, Judge; L.T. Case No. CONO22-006812.

Lauren Peffer of L. Turner Law, P.A., Delray Beach, for appellant.

Julia L. Steiner and Brandon R. Burg of Burg Wynn, P.A., Panama City, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***